2003R01830

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Joseph A. Greenaway, Jr. |
| v. | : | Criminal No. 03-874 (JAG) |
| RYAN SILVERMAN | : | |
| | : | ORDER OF DISMISSAL |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of the Court endorsed hereon, the United States Attorney for the District of New Jersey hereby dismisses Indictment, Criminal No. 03-874, against defendant Ryan Silverman charging him with wire fraud in violation of Title 18, United States Code, Section 1343 and Section 2, for the reason that prosecution of defendant Ryan Silverman at this time is not in the best interests of the United States.

_____
CHRISTOPHER J. CHRISTIE
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal. The dismissal is without prejudice.

_____
HON. JOSEPH A. GREENAWAY, JR.
United States District Judge

Date: 4-17-08